FILED

07/31/2023

U.S. DISTRICT COURT
'SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

7-24-23

c/o Clerk of Courts
United States Courthouse
921 Ohio Street, Room 104
Terre Haute, IW. 47801

1:23-cv-01355-JRS-KMB

Mr. Pedro Candelaria #80595-379
Federal Correctional Institution
P.O. BOX 420 Fairton, N.J. 08320

RE: I am requesting for the Bivens forms
and for the Federal TorT claim forms so
I can file my complaints to the courts...

To whom it may concern:
                              I, Mr. Pedro
Candelaria a Plaintiff, a federal inmate
confined at FCI Fairton, initiated this
case by requesting for the civil rights —
complaint pursuant to Bivens V. Six —
Unknown Named Agents of Federal Bureau
of Narcotics, 403 U.S. 388 (1971) plus a
Federal TorT claim of the violations of
my Eighth Amendment right, which I
was attack by another prisoner and the
prison official fail to protect me.

A correctional officer of the unit witness the argument between me and another — inmate, allowed for the inmate to leave — and return with-out stopping him asking the inmate what's the problem! the officer fail to keep me safe and out of harm's way be-cause the inmate stabbed me with a knife. The correctional officer failed to respond - reasonably to protect me. Case law: —— Farmer v. Brennan, 511 U.S. 825 (1994), failure-to-protect claim. I am suing the official that he acted with "deliberate — indifference." I have Exhaustion of all said Administrative Remedies. I am trying to sue under money damages all though I the Plaintiff has limited access to the law library and limited knowledge of the law. A trial in this case will likely involve conflicting —— testimony, and counsel would better enable plaintiff to present evidence. So I ask the — Clerk of court to send me the forms — where the officer violated my rights which the negligence of the said officer of the unit. A correctional officials do not have a duty to provide a "risk-free" environment. They do, however, have a duty to keep prisoners

safe and protect them from unreasonable risks. The employee breached (failed in) this duty to keep me safe. The said officer which is a employee of the F.B.O.P. witness me and another inmate in an argument and did not once come to stop us, allowed for the inmate to Leave and Return with a weapon which was a Knife I suffered a assault by gettin' stabbed by the inmate from the actions of the federal employee not protecting me from the unreasonable risk. I would like to sue under the FTCA. I thank you for your time.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY That a true and correct statement of this foregoing instrument has been mailed postage prepaid on this 7-24-23 dated by Defendant.

*Pedro Candelaria*

Federal Correctional Institution
P.O. Box 420
Fairton, N.J. 08320
Pedro Candelaria